**Alta KINGBIRD, Relator,**

v.

**ANDERSON FABRICS INC. and Royal and Sun Alliance Insurance, Respondents.**

No. CX–03–39.

Supreme Court of Minnesota.

March 27, 2003.

John P. Bailey, Bemidji, MN, for Relator.

Julie A. Williams, Minnetonka, MN, for Anderson Fabrics Inc.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed December 13, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

BY THE COURT:

Helen M. Meyer
Associate Justice